FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 06 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§ 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
__PINE BLUFF__ DIVISION

CASE NO. _5:17-CV-007-JM-JTR_

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

I..A  Name of plaintiff: __MICHAEL RAY GREEN__
ADC# __82316__

Address: _____

Name of plaintiff: _____
ADC# _____

Address: _____  This case assigned to District Judge __Moody__

Name of plaintiff: _____  and to Magistrate __Ray__
ADC# _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

.B  Name of defendant: __MR. ROY GRIFFIN__
Position: __A.D.C.# HEALTH - DIRECTOR__
Place of employment: __CENTRAL - OFFICES__
Address: __P.O. BOX-8707 / CENTRAL OFFICES / PINE BLUFF ARK, 71611__

Name of defendant: __MR. WILLIAMS   BENTON__
Position: __A.D.C.# HEALTH - ADMINISTRATOR__
Place of employment: __TUCKER - MAX - UNIT__
Address: __2501 STATE FARM. RD / TUCKER, ARK - 72168__

Name of defendant: __MRS. ERIC - JOHNSON__
Position: __D.O.N (OVER) NURSES__

Name of Defendant → __MR. DR. STIEVE - J.J2__
Position → __OVER ALL UNITS OF THE A.D.C__
Place of Employment → __CMS) CENTRAL - OFFICES__
Address → __P.O. BOX-8707 PINE BLUFF, ARK/71611__

2

Place of employment: __TUCKER-MAX-UNIT/Infirmary__
Address: __2501 State Farm Road, TUCKER, ARK, 72168__
Name of defendant: __MR. JOHN L. WILSON (M.D.) PHYSICIAN__
Position: __ORTHOPEDIC - MEDICAL - DOCTOR__
Place of employment: __U.A.M.S - Hospital__
Address: __4301 WEST MARKHAM Street, slot #524 LITTLE ROCK, ARKANSAS, 72205__

II. Are you suing the defendant in:
- (✓) Official capacity only
- Personal capacity only
- Both official and personal capacity

III. Previous Lawsuits
  I..B  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

  Yes _____ No __✓__

  I..C  If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  Yes _____ No _____

  - Parties to the previous lawsuit:

  Plaintiffs _____

  Defendants: _____

  - Court (if federal court, name the district; if state court, name the county):
  - Docket Number: _____
  - Name of Judge to whom case was assigned: _____
  - Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
  - Approximate date of filing lawsuit: _____
  - Approximate date of disposition: _____

F. Place of Present confinement: _____

- G. At the time of the alleged incident(s), were you:

   (Check appropriate blank)

   _____ in jail and still awaiting trial on pending criminal charges

   ✓ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
      Yes ✓ No \_\_\_\_\_

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
      Yes ✓ No \_\_\_\_\_

      If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THIS CASE IS FYE MERCY TO THE COURTS UNDER IMMINENT-DANGER

[4]

IN THE MONTH OF FEBRAURY/2016 I SEEN MR. A.P.R.N DRUMMOND OF TUCKER-MAX-UNIT WERE I WAS COMPLAINING OF MY (L) KNEE MR. DRUMMOND, A.P.R.N ORDERED AN X-RAY WHICH I TOOK FEB 29TH 2016 I WAS CALLED TO THE INFIRMARY AFTER THE X-RAY RESULT MY MR. DRUMMOND WERE HE TOLD ME I HAD SOMETHING FLOATING AROUND IN MY (L) KNEE "HE WAS GONNA ORDER A CT-SCAN", WHICH WAS SCHEDULED FOR APRIL 13TH 2016 AT U.A.M.S, BUT WAS CANCELED DUE TO TRANSPORTATION, I FILED A GRIEVANCE, AND WAS RESCHEDULED MAY 9TH 2016 BY U.A.M.S WERE I DID MAKE THE APPOINTMENT AND HAD THE CT-SCAN WHICH REVEALED/ JULY 15TH 2016 AFTER SEEING OTHOPEDIC-SPECIAL/MR. JOHN L. WILSON (M.D) PHYSICIAN /IT REVEALED→ 1-CM A LOOSE BODY IN THE ANTEROLATERAL SUPRAPATELLVAR-POUCH/ FREELY MOVABLE. ---
IMPRESSION→ LOOSE BODY (LEFT-KNEE)
DISPOSITION; HE IS TO SEE MR. DR. VANDER-SCHILDEN FOR HIS CONSIRDERATION.
WHICH WAS A SURGICAL OTHOPEDIC DOCTER
CT-SCAN-Finding

Impression Tricompart mental osteoarthritis slightly morer pronounced in the medial tibiofemoral 1.9 cm lamellated loose body is identified in the lateral joint recess. Chronic osteochondral defect with a 7-mm [UNSTABLE] fragment is identified along the medical aspect of the medical femoral-condyle in the mid weight bearing portion. ---

Now I Inmate- Michael Green 82316 A.D.C. wrote U.A.M.S / President of the Hospital DATED OCT. 6th, 2016 After learning that " I could be possible killed in surgery making them awarer / Now I filed a grievances to the Infirmary Mrs. Eric-Johnson / Tucker-Max-Infirmary D.O.N (over) Nurses of why its taking so Long to Have the Loose Bodies Removed Know it can cause a Major Illness possible Have my Leg Amputated," Now the Infirmary States U.A.M.S / Surgical Center Refuses —

to do MY SURGERY / OK IN THE ALLEGATION I WROTE THEM WASN'T TRUE WHY WOULD THEY REFUS WHEN WAS NOT NOTHING IN THE LETTER DISRESPECTFU NO CURSING WORD / JUST MAKING THEM ANSWER I COULD BE KILLED IN SURGERY / NOW FOR THE RECORD I HAVE THE PROOF OF BEING ABDOMINAL PAIN (AND) POISON at JEFFERSON - REGIONAL - MEDICAL-CENTER, "this complaint is on the TITLE authorities cause THEY REFUSE to get another Hospital to REMOVE this LOOSE BODIES outta my (L) KNEE FROM FEB. 29th until it HAVE WORSTEN, THE RECORD WILL REFLECT THEY MRS. A.P.R.N BIAN TOOK ME off GABAPENTIN WHICH WAS SUBDUEING the pain / TUCKER-MAX-UNIT HAVE a Contack with U.A.M.S / Hospital And St.Vincent Hospital to LEAVE ME without MEDICAL TREATMEN AFTER X-RAY FROM MEDICAL DOCTORS / ORTHOPEDIC SPECIALIST HAVE confirm VIOLATED THE Constitution Amendmen

- 8 (And) 14 CRUEL And UNSUSAL Pushument And due PROCESS. — — — — — — —

PRISON Authorities And MEDICAL-Staff JOB's are to safe guard us from any danger (OR) Harming OTHER'S / I know UNDER Constitution RULE #13 / WE AS PRISONER dont Have a Right, WE do Have a say so this falls UNDER IMMIENT-DANGER, "Cause I Could SURELY LOOSE MY LEG



VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I WOULD LIKE $50,000 Dollars FOR LEAving THE Construction WORSER And I WOULD LIKE FOR THE Courts to grant an EverThang Hearing to Show with Medical Doctor's Reports (AND) Othopedic Specialists Report that my Knee is IN Imminent Danger I ALSO WANT a REASON WHY L.A.M.S REfused ME

I declare under penalty of perjury (18 U.S.C. § 1621) that the forgoing is true and correct. AND FOR THE Unit

Executed on this 6th day of November, 2016. To Forword A Consoit to St. Vincent Hospital

MR. MICHAEL R. GREEN
A.D.C # 82316
BARRACKS # 705

Signature(s) of Plaintiff(s)

BARBARA A. MONTGOMERY
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
COMMISSION EXPIRES 09/17/2017
COMMISSION #12362657

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
NOV 04 2016

<u>INMATE APPEAL</u>

<u>DATED: 10/24/16</u>

<u>Why do you disagree with the response</u> given above? Cause there (was not) nothing disrespectful in the letter I sent the Hospital / I only made them aware that I might be killed along with news station's and the U.S. Justice Department, the records will show before the state got a contrack with U.A.M.S several inmates being killed in surgery / Inmates are advised to notify unit officer's if they feel there live are in danger. So Mr. William P. Benton state my surgery was delayed do this mean I will be turned down medical treatment cause I excised the first Ammenth Right to speak to allow my knee to worsten After X-Ray and CT. Scan Specialist Remmendation for surgery some one would be heided accountable

C. Cond



IGTT420
3GH

Attachment IV

INMATE NAME: Green, Michael R.    ADC #: 082316C    GRIEVANCE #: MX-16-02172

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

601** you are grieving that "This grievances is for the record to show not only have it been 4 month sence may 9th 2016 appointment with UAMS were they CT scan and 2/29/16 Ray Reveal a major left knee injury they grievances show that the DON Mrs. Eric Johnson is aware of out it Mrs PRN Blan have and "" my pain medication she plced a medical doctor order so for medical damages the months my injury have worster now with nothing for the nerve pain and for a orthopedic to remmind me to a surical othopedic its a major issue theres grievances will be for small claim and I have a family outside Ill they have to call the board of nursing everyday and have them to call the director everyday, my injury and diabetic requires gabapetin or tramnol/everybody ant trying to get him"

I have reviewed your medical record, You were evaluated by Dr. Stieve on 9/23/2016 and [illegible], you surgery was scheduled for your knee but due to negative corispondance you had with [illegible] hospital your surgery has been delayed.

Based on the above I find your grievance without merit

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

William P. Benton    10/20/2016
Title                Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?