UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY GREEN,
ADC #82316                                                                                       PLAINTIFF

V.                                    5:17CV0007 JM/JTR

RORY GRIFFIN,
ADC Health Director, et al.                                                          DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Revoke Green's *In Form Pauperis (Doc. 29)* is granted, and this case is dismissed without prejudice.

2. Green has thirty days from the entry of this Order to reopen this case by paying the $400 filing fee in full and filing a Motion to Reopen.

3. Wilson's Motion to Dismiss *(Doc. 22)* and Rory's Motion for Summary Judgment *(Doc. 35)* are dismissed without prejudice, and they may refile those Motions if Green reopens this case.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of June, 2017.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE